# In the United States Court of Federal Claims

No. 18-1257

(Filed: 7 April 2020)

```
*************************************
DAVID C. SHNIER & EVELYN Z.          *
SHNIER,                              *
                                     *
              Plaintiff,             *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
                                     *
*************************************
```

## ORDER

      On 7 April 2020, the Court held a telephonic status conference in this matter to discuss potential referral of this case to the Court's Bar Association Pro Bono/Attorney Referral Pilot Program.  Plaintiffs expressed oral consent to such referral, and the government did not oppose.  The Clerk of Court is now directed to refer this case to the Court of Federal Claims Bar Association Pro Bono/Attorney Referral Pilot Program for 60 days for the potential representation of plaintiffs by counsel.

      The Court makes no representation that the Bar Association will be successful in identifying possible pro bono counsel for plaintiff.  If the Bar Association is able to identify possible counsel, plaintiff is not obligated to engage any particular attorney, nor is an attorney obligated to represent plaintiff.  The Court does not endorse representation by any individual attorney.  All decisions concerning representation, if any, will be by mutual agreement between plaintiffs and an attorney.  A Bar Association representative will contact plaintiff as to whether potential counsel is identified.

      This case shall be **STAYED** for 60 days pending the identification of potential counsel by the Bar Association.  The stay shall include all pending motions.  Following the stay, or before then if there is an update to report, plaintiffs shall file a status report on or before **19 June 2020** providing the Court and government an update on the outcome of the referral.

      **IT IS SO ORDERED.**

                                                                 s/ Ryan T. Holte
                                                                 RYAN T. HOLTE
                                                                 Judge

-2-